## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

DAVID P. OETTING, individually, and on
behalf of all others similarly situated;                    )
                                                            )
                                                            )
          Plaintiffs,                                       )        Case No. 2:11-cv-04757-JD
                                                            )
vs.                                                         )
                                                            )                    **FILED**
HEFFLER, RADETICH & SAITTA, LLP,                            )
                                                            )                    AUG 16 2011
          Defendant.                                        )           MICHAEL E. KUNZ, Clerk
                                                                        By _____ Dep. Clerk

## FIRST AMENDED COMPLAINT – CLASS ACTION

COMES NOW Plaintiff David P. Oetting, and the class he seeks to represent, by and

through his counsel of record, and files this FIRST AMENDED COMPLAINT, and show as

follows:

Plaintiff and the class incorporate by reference and re-allege all allegations as set forth in

the Original Complaint (Doc. #1, E.D. Mo. Case No. 4:11-cv-00253) filed on February 8, 2011,

as if fully set forth herein.

### Count IV
### (Negligence in Supervising Employees)

51.    Heffler examined and calculated all Claim Forms ("claims") to determine that

they were properly completed, signed and documented. Heffler owed a legal duty to plaintiff

and the class to accurately perform its review and authorize payment of only valid claims.

52.    Heffler assigned its employee, Penta, a senior accountant, with the responsibility

for various aspects of the claims process, including reviewing claim documents to determine if a

claimant was entitled to recovery and addressing any issues that arose with claimants who had

submitted high value claims.

53.     When the claim deadline was approaching, Penta arranged for his co-schemers to hand deliver to Penta, and send directly to Penta through overnight mail services, fraudulent claims so that Penta could ensure that the claims were timely processed and approved for payment.

54.     Penta personally approved the fraudulent claims or took whatever steps necessary to make sure that other employees at Heffler approved the claims and did not prevent the subsequent payment of the claims.

55.     Heffler failed to exercise reasonable care in the supervision of its employees by having inadequate safeguards or checks in place to ensure that the high value claims were reviewed and approved upon initial submission by claimants or upon subsequent distribution of funds or at any relevant time in the process by anyone other than Penta.

56.     Heffler failed to exercise reasonable care in having in place inadequate fraud prevention measures and an inadequate additional review process for each claim that was high in value prior to approval for payment.

57.     Plaintiff and the class sustained injuries as a result of Heffler's failure to take reasonable precautions to protect Plaintiff and the class.

58.     Heffler is liable to Plaintiff and the class for its negligent supervision of its employees.

### Prayer

WHEREFORE, Plaintiff prays that this Court enter judgment as follows:

A.      That after due proceedings, this case be certified as a class action;

B.      That plaintiff and the class members be awarded compensatory damages against the defendant in an amount to be proven at trial, together with both prejudgment and

2

postjudgment interest as allowed by law under RS Mo. § 408.040.2, punitive damages, costs of

attorney's fees afforded by law, where applicable, and all other costs and expenses incurred in

bringing this action; and

C.     For all other legal or equitable relief as may be proper under the circumstances.

## Jury Demand

Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,

/s/ Frank H. Tomlinson

Frank H. Tomlinson
Ala. Bar No. ASB-7042-T66F
15 North 21st Street, Suite 302
Birmingham, AL 35203
Telephone: (205) 326-6626
Telecopier: (205) 328-2889
htomlinson@bellsouth.net

/s/ John K. Weston

John K. Weston        w/ permission AF
PA Attorney No. 26314
SACKS & WESTON
114 Old York Road
Jenkintown, PA 19047
Telephone: (215) 925-8200
Email: Jweston@sakslaw.com

ATTORNEY FOR PLAINTIFFS

3

**CERTIFICATE OF SERVICE**

Frank H. Tomlinson hereby certifies that the foregoing FIRST AMENDED COMPLAINT has been filed with the Clerk of the United States District Court, Eastern District of Pennsylvania and is available for viewing and downloading from the ECF system. The foregoing document was also served by first class mailing, on the date set forth below and to those persons identified below:

Scott Dickenson, Lathrop & Gage LLP, 10 South Broadway, Suite 1300, St. Louis, MO 63102-1708; James McTigue and Patricia M. Hamill, Conrad, O'Brien, Gellman & Rohn, P.C., 1515 Market Street, 16th Floor, Philadelphia, PA 19102.

Dated: August 15, 2011

/s/ *Frank H. Tomlinson*

Frank H. Tomlinson
Ala. Bar No. ASB-7042-T66F
15 North 21st Street, Suite 302
Birmingham, AL 35203
Telephone: (205) 326-6626
Telecopier: (205) 328-2889
htomlinson@bellsouth.net

FILED
AUG 16 2011
MICHAEL E. KUNZ, Clerk
Dep. Clerk

4