# Exhibit "A"

**PROPOSAL FOR NOTIFICATION**

**AND**

**CLAIMS ADMINISTRATION**

**IN**

***In re BankAmerica Corp. Securities Litigation***

## INDEX

Page

Background ........................................ 1

Proposed Procedures:

Notification Process ........................................ 4
Claims Administration ........................................ 6
Distribution Services ........................................ 7
Post-Distribution Services........................................ 8
Tax Services ........................................ 8

Scheduling ........................................ 8

Charges for Professional Services ........................................ 9

Resumes:
Edward J. Radetich, Jr. ........................................ 11
Michael T. Bancroft ........................................ 12
Edward J. Sincavage ........................................ 13
Michael E. Hamer ........................................ 14
Kristine Blakla ........................................ 15
Sandra L. Heinze ........................................ 16
Kurtis J. Stroemel ........................................ 17

Cases Handled ........................................ 18

Heffler, Radetich & Saitta L.L.P. is pleased to submit a proposal for services to be rendered for Notification and Claims Administration in *In re BankAmerica Corp. Securities Litigation.*

## I. BACKGROUND OF HEFFLER, RADETICH & SAITTA L.L.P.

Heffler, Radetich & Saitta L.L.P. ("Heffler") is a Certified Public Accounting firm, with offices in Philadelphia and Plymouth Meeting, Pennsylvania and Mount Laurel, New Jersey. The firm was founded in 1942, and specializes in investigative accounting, administration of Class Actions, tax, health care and financial accounting. We have been retained to perform investigations and to administer class action settlements for numerous United States District Courts and governmental agencies throughout the country. Heffler has been handling the administration of anti-trust cases since 1960 and handling the administration of securities class actions since 1974. Over the past 42 years, we have been engaged as administrator in approximately 450 matters, a list of these matters is included, beginning on page 18.

As a firm, we have made a commitment to the administration of class action settlements and have devoted a large segment of our practice to that field. Our Class Action department is staffed with individuals who are extensively trained and work exclusively in this field.

Heffler has a total of 104 employees, with 38 of these employed full time in the Litigation Support Department. Those employees who are not engaged full time in Litigation Support are available to offer their services as needed. The resumes of all principals and key employees who would play a key role in the services to be rendered in the fulfillment of this proposal are included, beginning on page 11.

Administering large numbers of claims in class action settlements requires a significant investment in people, technology, and resources. We have established networks with other organizations who have supplemented our capabilities and enabled us to have the ability to handle the largest class action settlements.

We anticipate receiving a substantial number of Proof of Claim forms and other correspondence (in excess of 250,000 pieces) during this project and feel that our experience will enable us to institute procedures that will allow us to process the enormous amounts of mail in an accurate, efficient and timely manner. Heffler has successfully administered many large settlements, including, in January 1993 when we were selected to administer the settlement in the Airlines Antitrust Litigation. In less than two years, we reviewed and inputted over 4.2 million claims and distributed over 30,000,000 travel certificates to approved claimants. We responded to over 3.2 million requests for claim forms and answered over 1,000,000 telephone calls and letters from class members. This was one of the largest settlement administrations ever completed.

In 1998, we were hired to do the administration in the Nasdaq Market Makers Antitrust Litigation. We processed over 1.6 million complex claims and distributed almost $1 billion to approved claimants. We set up and maintained a website, mailed over 10 million proof of claim forms, answered in excess of 150,000 pieces of correspondence and 100,000 e-mails, and received in excess of 1.3 million telephone calls. We allowed all large claimants to file their claim on diskettes that were pre-programmed by our computer programmer to include the calculation grid for losses, thus reducing administration time and costs.

Our experiences have made us uniquely qualified to work with Counsel and the Court to devise an administration plan that is effective both in terms of process and cost.

We have state-of-the-art computer equipment in place and employ full time programmers who have developed software used exclusively for the administration of class action settlements. We are committed to constantly upgrading our computer systems and to providing the most up-to-date training to all of our personnel. All computer systems in use are completely backed up daily, and back up tapes are stored off-site to insure that no data will be lost. Strict security procedures are enforced to protect the integrity of the data and to insure that proprietary information contained in the database is accessible by only those with the proper security clearance. Through our website, we are able to respond to e-mail on a daily basis to all class members' questions concerning the Notice, Claim Form and Settlement.

Heffler also proposes providing telephone response service to all potential claimants using an existing telephone number. A telephone network will be set up to handle a large volume of telephone calls. Heffler personnel will supervise and train telephone operators to answer inquiries and insure that quality of service is maintained at a high level. As stated previously, Heffler was successful in answering millions of telephone inquiries in both the Airlines Anti-Trust Litigation and the Nasdaq Market Makers Anti-Trust Litigation.

Because we have already successfully used these technologies, we are familiar with their capabilities and limitations. We will not be impeded in the process of bringing the administration to a successful conclusion by the added burden of having to familiarize ourselves with new technology.

Our litigation support staff is trained to administer class action settlements. We will assure a quality product by:

- Creating a specifically tailored audit program that will be used by all staff working on the engagement. This program assures that every member of the team understands all of their individual responsibilities and their effect on the overall objectives.

- Having a partner, manager or other senior staff member constantly review the work of each staff member to assure that each matter proceeds in a timely fashion and that all of the guidelines are being followed.

- Using our experience as Certified Public Accountants, we build checks and balances into our procedures which assures the accuracy of all our work.

The experience that Heffler has gained in over 42 years of experience, plus our commitment to being quality Class Action Administrators has enabled us to have experienced personnel who are capable of:

✓ Processing thousands of inquiries on a weekly basis through the use of a series of form letters that we have developed over the years.

✓ Answering all incoming telephone calls with courteous, accurate responses and maintaining a record of each call for future reference.

✓ Examining thousands of claims on a daily basis, assuring that each assignment is completed in a reasonable amount of time.

## II. PROPOSED PROCEDURES

The administration process will be finalized after discussions with Counsel. However, based on the information currently available, we propose the following procedures:

### A. **Notification Process**:

Lists Already Supplied

1. If not supplied as labels or in electronic form, keypunch names and addresses into a database.
2. Provide programming to convert all such lists into one format for processing.
3. Cross match all lists received and eliminate duplicate entries.
4. Utilize the U.S. Postal Services' National Change of Address database to search on addresses received to assure that mailing will go to the most current addresses.
5. Mail Notice and Proof of Claim Forms, taking advantage of all postal discounts available.

Written Requests

1. Establish a U.S. Post Office Box for incoming mail.
2. Pick up mail daily from Post Office.
3. Sort mail into:
   a) Correspondence;
   b) Requests for Notice and Proof of Claim Forms.
4. Keypunch names and addresses into a database for all individuals who request Notice and Proof of Claim Forms.
5. Mail Notice and Proof of Claim Forms to those individuals who request them. Based on the anticipated volume, we would mail forms at least once a week.

**Notification Process** – (Continued)

Telephone Requests

1. Set up a local telephone number for Class Members to obtain information concerning the settlement and to request Notice and Proof of Claim Form.

2. Obtain daily the names and addresses of those individuals who called and requested the Notice and Proof of Claim Form.

3. Enter the names and addresses into a master mailing database.

4. Mail Notice and Proof of Claim Forms to those individuals who request them. Based on the anticipated volume, we would mail forms at least once a week.

E-mail Requests

1. Set up and maintain, at our website (www.heffler.com), secure areas used exclusively for this litigation with the ability to put the following on the website: a) Frequently Asked Questions and answers about the litigation; b) updates on the administration process; and c) a downloadable copy of the Notice and Proof of Claim Form.

2. Potential claimants could request a copy of the Notice and Proof of Claim Form be mailed to them, or they could simply download a copy to their own printer.

3. For those individuals who request that a Notice and Proof of Claim Form be sent to them, we would enter their name and address into a master mailing database.

4. Mail Notice and Proof of Claim Forms to those individuals who request them. Based on the anticipated volume, we would mail forms at least once a week.

B. **Claims Administration:**

We anticipate receiving a large volume of claims (in excess of 100,000). Based on our preliminary discussions, we suggest that the procedures be as follows:

1. Pick up mail daily from the Post Office Box.

2. Open mail.

3. Review all items received, identifying and numbering each piece by type, and placing them with their proper category of mail for processing.

4. Open each claim form.

5. Assemble claim forms in batches and assign a unique claim number to each claim. File each claim.

6. Compile a database with the following information:

    a) Claim Number;

    b) Name and address of Claimant, with contact person if applicable;

    c) Claimant's Taxpayer Identification Number; and

    d) Pertinent claim information.

7. Answer all general correspondence, using a series of form letters.

8. Identify returned mail and set aside. Discuss with Counsel potential options of obtaining new addresses.

9. Download daily all e-mail correspondence received from potential claimants and prepare and send responses.

10. Review and process each proof of claim filed, assuring that the claim is properly completed, signed and documented.

11. Based on the Court approved Plans of Allocation, calculate, capture and retain the number of shares and/or dollar amount of losses, as applicable to the current Plans of Allocation of each settlement, for each claimant.

12. Designate claims that are deficient with a deficiency code, and those to be rejected with a rejection code.

13. Perform searches and reject excluded persons, Defendants and other excluded parties.

**Claims Administration** – (Continued)

14. Perform searches on identity of claimant and tax identification number, and send rejection letters to duplicate claim filings.

15. Send deficiency letters, the wording approved by Counsel, to all claimants requiring such notification.

16. Send rejection letters, the wording approved by Counsel, to all claimants requiring such notification.

17. Process all responses received from the mailing of deficiency and rejection letters and, if required, send follow-up letters or rejection letters to Claimants with unresolved deficiencies.

18. Send special letters when necessary.

19. Assign telephone representatives to handle telephone inquiries from class members.

These procedures are effective and have proven successful in the securities cases that we have administered. These procedures also are effective in keeping the costs of administration to a minimum, while giving assurance as to the accuracy of the claims submitted.

Although we have successfully used the above procedures in previous cases, Heffler shall be guided by your advice.

C. **Distribution Services**:

1. Prepare printouts and/or electronic medium of approved and rejected claims and prepare an affidavit or report for the Court detailing the results of the claims processing procedures and the proposed plan of distribution.

2. Based on the Court's approved plan of distribution, we will calculate the amount due each approved claimant and reconcile this to the net settlement funds available.

3. Print the distribution checks for the approved claimants and prepare an alphabetical printout and/or computer diskette of the check register listing the claimant's name, claim number, check number and check amount.

4. Mail distribution checks to approved claimants.

D. **Post-Distribution Services**:

1. Re-issue distribution checks when necessary.

2. Process all correspondence and telephone calls for a period of up to 18 months following the distribution.

3. Reconcile the Distribution Account with the bank for a period of up to 18 months following the distribution.

4. Prepare a final report for Plaintiffs' Co-Lead Counsel.

E. **Tax Services**:

1. Analyze the Settlement Funds, and prepare submissions and tax returns required by the Internal Revenue Service under code section 468(B).

III. SCHEDULING

Provided that the scope of work to be performed does not exceed the procedures called for in this proposal, we would anticipate presenting our final list of approved and rejected claimants to the Court within a time frame that is mutually agreed upon by us, Counsel and the Court.

## IV. CHARGES FOR PROFESSIONAL SERVICES

As we have previously stated in this proposal, we anticipate the filing of thousands of proof of claim forms. The following quotes are submitted with the understanding that Counsel's or the Court's decisions may have an effect on our bid, even to the extent of increasing or reducing our proposed charges. We are making the following assumptions:

1. We will review and have input in the design of notices and proof of claim forms.

2. The Plans of Allocation, as of March 18, 2002, are final.

Our anticipated charges are as follows:

**Notification**

For each Notice mailed, our charges will be:

a. For names/addresses already obtained, we will charge at the rate of $.125 per name processed, which charge includes the cost of all computer programming necessary to reformat and combine lists.

b. If inputting of any names is required, we will charge at the rate of $.50 per name entered.

c. For mailing forms in bulk, we will charge a single charge of $50.00 per request, with no limit as to the number of Notices sent.

**Claims Administration,**
**Distribution and Post-Distribution Services, and**
**Tax Services**

The number of claims received will dictate the cost of administration. As the number of proof of claim forms that are filed increases, the administration cost, on a per-claim basis, decreases. Our billing for the above services will be based on the following hourly rates:

| | |
|---|---|
| Partners | $225.00 per hour |
| Managers & Computer Programmers | $150.00 per hour |
| Accounting Supervisors | $95.00 per hour |
| Senior Accountants | $75.00 per hour |
| Associate Accountants | $55.00 per hour |
| Clerical Supervisors | $45.00 per hour |
| Clerical & Data Entry Personnel | $40.00 per hour |

However, if there are more than 100,000 claims received, on a per item basis, our charges will not exceed the following for each claim submitted (deficient claims resubmitted will be counted as additional submitted claims):

| | Number of Proof of Claims Filed | | |
|---|---|---|---|
| | Each Claim 1 to 100,000 | Each Claim 100,001 to 200,000 | Each Claim Over 200,000 |
| Per claim received | $17.00 | $12.00 | $9.00 |

**Out-of-Pocket Expenses**

In addition to the above fee schedule, we will bill for all out-of-pocket expenses such as postage, Post Office box rentals, photocopying, long distance telephone charges, stationery and supplies, computer supplies (but not computer time), claims storage, containers, and travel costs if required.

There will be **no** additional charges for computer time or usage.

Based on our conversations, we will provide staff (4 to 6 persons) to handle incoming telephone calls, included in our fees. However, in the event an extraordinary number of calls are received, we reserve the right to bill any associated fees or costs as they are incurred.

Fees and costs will be invoiced on a monthly basis and the payment due within 30 days.

We will dedicate a team of individuals with class action experience, including one partner on a full time basis to this project.

We appreciate the opportunity to submit this proposal and will be glad to furnish any additional information you require.

Respectfully submitted,

HEFFLER, RADETICH & SAITTA L.L.P.

## EDWARD J. RADETICH, JR.

### POSITION

Managing Partner, Heffler, Radetich & Saitta L.L.P.

### EDUCATION

Graduate of Drexel University, Philadelphia, Pennsylvania

### PROFESSIONAL CAREER

Mr. Radetich has been associated with the firm since 1973 and a partner since January 1, 1984. Since joining the firm, he has been involved in all aspects of the firm's business, and has an extensive background in investigative and litigation accounting. He has testified as an expert witness on numerous matters in various courts at both the state and federal levels.

Mr. Radetich has been involved in the administration of class action settlements since 1974, and has the primary responsibility for the firm's class action administration practice. He has been responsible for the design and implementation of the guidelines and procedures that are followed by his firm in the administration of class action settlements, including procedures related to notification, claim calculation, auditing of claims, correspondence with class members, calculation of distribution amounts, distribution procedures, and post-distribution services. Many of the procedures developed by Mr. Radetich have become standards in the industry.

During the past 28 years, he has been actively involved in the administration of over 400 class action settlements ranging in size from a couple of hundred proof of claim forms to classes with over 4 million class members. Mr. Radetich has spoken about procedures related to the administration of a class action settlement to numerous groups including the National Association of Securities' Class Action Trial Lawyers and has testified before the United States Senate Banking Sub-Committee on issues surrounding class action securities litigation.

### AFFILIATIONS

Member of American Institute of Certified Public Accountants;

Member of Pennsylvania Institute of Certified Public Accountants;

Member of American Institute of Certified Public Accountants, Tax Division;

Member of International Who's Who, year 1994

## MICHAEL T. BANCROFT

### POSITION

Partner, Class Action Administration

### EDUCATION

Graduate of Drexel University, Philadelphia, Pennsylvania

### PROFESSIONAL CAREER

Since joining Heffler, Radetich & Saitta L.L.P. after graduating from Drexel University in 1979, Mr. Bancroft has had extensive experience in administering class action settlements, supervising the fieldwork on audit clients and preparation of corporate and individual tax returns.

During the past 22 years, he has been involved with the administration of over 200 securities class actions and over 25 anti-trust class actions. His duties include the supervision of all aspects of class action administrations, including, but not limited to, notification procedures claim calculations, auditing of claims, correspondence with claimants, calculation of distribution amounts and sending checks to approved class members. His extensive experience has also required him to testify as an expert witness in District Court.

### AFFILIATIONS

Member of American Institute of Certified Public Accountants;

Member of Pennsylvania Institute of Certified Public Accountants.

## EDWARD J. SINCAVAGE

### POSITION

Partner, Class Action Administration

### EDUCATION

Graduate of Drexel University, Philadelphia, Pennsylvania

### PROFESSIONAL CAREER

Since being associated with Heffler, Radetich & Saitta L.L.P. in 1978, Mr. Sincavage has had extensive experience in all areas of the accounting practice including tax return preparation, small client accounting, supervising the fieldwork on audit clients, and in administering class action settlements. Mr. Sincavage's principle responsibility is in the administration of class actions. His duties include the supervision of all aspects of class action administrations, including, but not limited to, notification procedures, claim calculations, auditing of claims, correspondence with claimants, calculation of distribution amounts and sending of checks to approved class members. He has administered both securities and anti-trust litigations, which range in size from 50 to over 4 million filed claims.

### AFFILIATIONS

Member of American Institute of Certified Public Accountants;

Member of Pennsylvania Institute of Certified Public Accountants.

## MICHAEL E. HAMER

### POSITION

Manager, Class Action Administration

### EDUCATION

Mr. Hamer attended Camden County Community College, Blackwood, New Jersey.

### PROFESSIONAL CAREER

Mr. Hamer's previous employment included seven years at a major regional bank. His experiences included supervision, management and sales of data processing and payroll processing services, and being an assistant to the Compliance Manager.

Since being associated with Heffler, Radetich & Saitta L.L.P. in 1987, Mr. Hamer has had extensive experience in all areas of administering class action litigations. His duties include the supervision of all aspects of class action administrations, including but not limited to, notification procedures, claim calculations, auditing of claims, correspondence with claimants, calculation of distribution amounts and sending of checks to approved class members. He has supervised and administered securities and anti-trust litigations. Mr. Hamer has also supervised, administered and testified as a witness regarding the procedures used and results obtained in a real estate property diminution action.

## KRISTINE J. BLAKLA

**POSITION**

Administrative Manager, Class Action Administration

**PROFESSIONAL CAREER**

Since being employed by the firm in 1964, Mrs. Blakla has had extensive experience in all phases of class action administration. Her administrative duties include first-hand participation in the supervision of all phases of the administration of class action matters, such as:

Coordinating the typesetting and printing of the Notice and Proof of Claim forms to be mailed to potential claimants.

Coordinating the typesetting and publication of the summary notice in the appropriate publications.

Liaison with Counsel through the administration process.

Assisting with the design of in-house worksheets for the calculation of claims.

Assisting with the preparation of procedures and guidelines for each matter.

Drafting the various forms of correspondence that are sent to claimants, such as status letters and deficiency and rejection letters.

Her familiarity with FoxPro, Excel and other computer programs enables her to work with our specially designed in-house computerized claims administration system. She personalizes the system for each matter we administer, setting up the proper file structure for the claims; formats for the various reports generated; programming for the various form letters to be generated, such as status, deficiency and rejection; programming for any special forms and/or reports required not covered by the system and helps to design and implement updates to the system. She also supervises the data entry department and troubleshoots the computer system.

**SANDRA L. HEINZE**

**POSITION**

Administrative Manager, Class Action Administration

**EDUCATION**

Graduate of Temple University, Philadelphia, Pennsylvania

**PROFESSIONAL CAREER**

Since being employed by Heffler & Company in 1987, Ms. Heinze has had extensive experience in administering class action settlements. Her duties include first-hand participation in, and supervision of all aspects of class action administrations, including, but not limited to, assisting in the preparation of Notices and Proof of Claim forms, database management, claim calculations, auditing of claims, correspondence with claimants, calculation of distribution amounts, sending of checks to approved class members and the reconciliation of checks sent to approved class members.

## KURTIS J. STROEMEL

**POSITION**

Manager, Computer Consulting

**EDUCATION**

Mr. Stroemel is a Graduate of Richard Stockton College of New Jersey, Pomona, New Jersey

**PROFESSIONAL CAREER**

Prior to joining Heffler, Radetich & Saitta L.L.P., Mr. Stroemel was Chief Financial Officer for a New Jersey based company providing services to the film industry. He also has over 15 years public accounting experience providing tax and audit services to a variety of clients. Mr. Stroemel's duties include managing the Information Technology Services (ITS) Department. The ITS Department is responsible for the operation of the firm's computer network, hardware and software. This includes 100+ computers located in 3 offices. The ITS Department also provides IT consulting services to outside clients.

**AFFILIATIONS**

Member of American Institute of Certified Public Accountants;

Member of New Jersey Society of Certified Public Accountants;

Treasurer – Voorhees Volcano U-10 Girls Soccer Club.

HEFFLER, RADETICH & SAITTA L.L.P.
CASES WE HAVE HANDLED
OR ARE PRESENTLY WORKING ON

Securities Class Action Suits:

A.L. Labs
Action Savings Bank
Advacare, Inc.
Advanced Interventional Systems
Aero Systems
Agency.com
AIA Industries, Inc.
Alcatel
Aldon Industries, Inc.
AM International, Inc.
American Carriers, Inc.
American Eagle Outfitters, Inc.
American Integrity Corp.
American Medical Buildings
American Savings & Loan Association of Florida
American Traveller
Ames Department Stores, Inc.

Ampex
Amre, Inc.
Apache Corporation
Apollo
Applied Digital Data Systems, Inc.
Arizona Public Service
Atcor
Atlantic Financial Federal
Atlantic Dept. Stores, Inc.
Avant-Garde Computing, Inc.
AZL
BankAmerica
Barr Laboratories, Inc.
Belmac
Beverly Enterprises, Inc.
Blinder Robinson & Co., Inc.
Boardroom Business Products, Inc.
Bolor
Boston Chicken
Braniff, Inc.
Breml v. Edward
Brickley v. EPIC
Burroughs Corporation
Caesars World, Inc.
California Life Corporation

HEFFLER, RADETICH & SAITTA L.L.P.
CASES WE HAVE HANDLED
OR ARE PRESENTLY WORKING ON

Securities Class Action Suits: (Continued)

Calton, Inc.
Cam-Net Communications Network, Inc.
Cascade International
Cellular Tech
Cendant
Centocor, Inc./Tocor II, Inc.
Cephalon
Charter Company
CHS Electronics
Cincinnati Gas & Electric Company
Cirrus Logic
CityFed
Coeur D'Alene
Coleco
College Bound, Inc.
Commodore International Limited
Compact Discs

Compaq
Computer Devices, Inc.
Computer Input Services, Inc.
Continental Information Systems
Conseco
Convex
Crazy Eddie, Inc.
Cyromedical
Cullinet Software, Inc.
Danka Business Systems
Danskin
Data Access Corporation
Data General Corporation
DataStream Systems, Inc.
Diagnostek, Inc.
Digital Equipment Corporation
Discovery Zone
Documation
Dominion Bankshares Corporation
E. F. Hutton Group, Inc.
Eliot Savings Bank
Embassy Suites
Empire Healthcare
Endo-Lase, Inc.
Engelhard
Entourage International, Inc.

HEFFLER, RADETICH & SAITTA L.L.P.
CASES WE HAVE HANDLED
OR ARE PRESENTLY WORKING ON

Securities Class Action Suits: (Continued)

EPIC
Equitorial Communications
Falcon Cable Systems
Farmers Group Stock Options
Federal Express Corporation
Fiberboard
Finacor
First City Bancorporation
First Executive
First Fidelity Bancorporation
First Jersey Securities, Inc.
First Service Bank for Savings
First Western
Fisher & Porter
Flagship Financial
Food Fair
Fossett Corp. et al. v. Marvin Gearhart et al.
French v. Pacific Nuclear Systems, et al.
Fretter, Inc.
Funds of Letters, Inc. (New America Fund)
Geist v. New Jersey Turnpike Authority
General Host Corporation
General Public Utilities
Gilbert v. Bache
Gillette
Gitano
Givens
Golden v. Shulman, et al. (Bolar Pharmaceutical)
Goldman Sachs
Goodyear Tire & Rubber Co.
Great American Mortgage Investors
Guenther v. Sedco
Healthcare Services Group, Inc.
Healthdyne
Heritage Bancorp, Inc.
Herley Industries, Inc.
Hibbard Brown
Homeowners Federal Savings Bank
Home Shopping Network Action I
Home Shopping Network Action II
Howard Pratt, et al. v. AFG Industries, Inc.
Information Displays, Inc.

HEFFLER, RADETICH & SAITTA L.L.P.
CASES WE HAVE HANDLED
OR ARE PRESENTLY WORKING ON

Securities Class Action Suits: (Continued)

Intellicall
Interfirst Corporation
IGI
Intelecom Group
Intelligent Electronics
Informix
Iomega Corporation
Italian Oven
ITT Corporation
Ivax Corporation
JAS Merrill Lynch
Katy Industries
Kay Jewelers, Inc.
Kendrick v. Atcor, Inc.
Kirschner Medical Corporation
Koger Equity, Inc.
Koger Properties

Krim v. First City Bancorporation
La Petite Academy
Landsdale Parking Authority
Learning Tree
Lomas Financial Corporation
Lomas & Nettleton Mortgage Investors
Longhorn Steaks
Magic Marker
Management Systems
Marine Midland
Marion Merrell Dow Inc.
Mattel
MBI Business Centers, Inc.
MCorp.
Medaphis
Media Logic
MedImmune, Inc.
Medstone
Melridge, Inc.
Meridian Bancorp, Inc.
Merrimack Bancorp, Inc.
Merisel
Metro Bank
Microcom, Inc.
Micron

HEFFLER, RADETICH & SAITTA L.L.P.
CASES WE HAVE HANDLED
OR ARE PRESENTLY WORKING ON

Securities Class Action Suits: (Continued)

Micropolis Corporation
Micro Warehouse
Midlantic Corporation
Midwestern Companies, Inc.
Minnetonka
Mortgage Realty Trust
Motorola
National Media Corp.
Newbridge Networks Corporation
Netrix
Norris Oil Co.
Nutmeg Industries, Inc.
Nutri/Systems, Inc.
One Bancorp
Oneok, Inc.
OMNI
ORFA Corporation of America, Inc.

Orothologic
ORS Automation Systems
Osrow Corporation
Pace Membership Warehouse, Inc.
Pacific Lumber
Pacific Nuclear Systems, Inc.
Palace Casinos, Inc.
Pancoastal
Pannill Knitting Company, Inc.
Paradyne
Pay N' Save
Penn Central Co.
Peoples Savings Bank
Perception Technology Corporation
Philadelphia Savings Fund Society
Plains Resources, Inc.
Plains All-American Pipeline
PNC
Policy Management Systems Corp.
Poughkeepsie Savings Bank/FSB
Premier Laser Systems
The Presley Companies
Prins Recycling
PSFS
Public Service Company of New Mexico
Quantum Health Resources, Inc.

HEFFLER, RADETICH & SAITTA L.L.P.
CASES WE HAVE HANDLED
OR ARE PRESENTLY WORKING ON

Securities Class Action Suits: (Continued)

Quinoco Limited Partnerships
RAC Mortgage Investment Corp.
Regal
Residential Resources Mortgage Investments Corp.
Revco D.S., Inc.
Richard J. Dennis & Company
Richton International Corporation
RJR Nabisco, Inc.
Rohm and Haas
Roper Corporation
Rospatch Corporation (now known as Ameriwood Industries International Corporation)
Ross Cosmetics
Royal Cosmetics
Sahlen & Associates, Inc.
Sanders
Sanifill, Inc.

Sapiens
Sapirs
Scoreboard
Seafirst Corporation
Sequoia Systems, Inc.
Sierra Health Services, Inc.
Singer Company
SmithKline Beckman Corporation
Snyder v. Oneok, Inc.
Software AG System
Sotheby's
Sound Advice
Southmark
Spectra Pharmaceutical Corp.
Spectran Corporation
Star States Corporation
Statewide Bancorp
Storage Tech
Sulcus Computer Corp.
Sunbeam
Sunstone
Summit Bancorporation
Sunchase Litigation
Symantec Corporation
Systems & Computer Technology Corporation

HEFFLER, RADETICH & SAITTA L.L.P.
CASES WE HAVE HANDLED
OR ARE PRESENTLY WORKING ON

Securities Class Action Suits: (Continued)

Telematics International
Telesphere International, Inc.
Tiphook
Tito Delgozzo, et al., v. Blueray Systems, Inc., et al.
Tseng Labs, Inc.
Tucson Electric Power Company
UCI Medical Affiliates, Inc.
UJB Financial Corp.
Ultrasound Diagnostic
Union Corporation
Union Fidelity Corporation
United Healthcare Corp.
Unisys
Unitechnology
United Telecom
U. S. Alcohol Testing
U. S. Bioscience, Inc.

U. S. Healthcare, Inc.
Valujet
Verbatim Corporation
Vestron
Wall to Wall Sound and Video, Inc.
Waste Management
Wedtech Corp.
Western Union
Windmere Corporation
Xytronyx
Zayre Corporation

HEFFLER, RADETICH & SAITTA L.L.P.
CASES WE HAVE HANDLED
OR ARE PRESENTLY WORKING ON

Anti-Trust Cases:

Airlines
Anthracite Coal
Antibiotics
Architectural Grade Hinges
Armored Car
Bakery Products
Beer World
Brass Fittings
Brass Mill Tube & Pipe
Burglar Alarms
Carbon Dioxide
Cardizem CD
Carpet
Cast Iron Pipe
Chain Link Fence
Chemical
Choline Chloride
Cigarette
Citric Acid

Clozapine
Commercial Tissue
Concrete Pipe
Cutlery
D. C. Soft Drinks
Electrical Products
Gasoline
General Adjustment Bureau, Inc.
Generic Dyazide
Graphite Electrodes
Glassine & Greaseproof Paper
Gypsum Wallboard
Hospital Beds
Independent Gasoline
Infant Formula
Library Books
Lysine
MCAA
Metal Building
Methionine
Oil Task Force
Nasdaq Market-Makers Antitrust Litigation
New Jersey Liquor
New York Beer
Painted Aluminum
PASA
Pittsburgh Asphalt
Plumbing Fixtures

HEFFLER, RADETICH & SAITTA L.L.P.
CASES WE HAVE HANDLED
OR ARE PRESENTLY WORKING ON

Anti-Trust Cases: (Continued)

Ratner v. Bennett
Regal Communications Corporation
Residential Doors
Rock Salt
Rope Industries
School Asbestos
South Florida Soft Drinks
Steel Wheels
Tickets
Uniform Rentals
Vitamin Products
Water Meters
Women's Clothing

HEFFLER, RADETICH & SAITTA L.L.P.
CASES WE HAVE HANDLED
OR ARE PRESENTLY WORKING ON

Other Class Actions:

AHP Settlement Trust
Alcolac, Inc.
Ashland Oil Spill
Austrian Bank
Boesky Disgorgement Fund
Bogosian et al. v. Gulf et al.
Brunt vs. The Charter Company
Campbell Soup Retiree Medical Benefits ERISA
Chase Maryland Rail Collision
Covenant Insurance
Cumberland Farms
D'Amico v. Conrail
David S. Haas, et al. v. Philadelphia Department of Revenue
DC Softdrink
DeSario Class Action
Drexel Disgorgement Fund
Figgie International, Inc.

First Union Auto Leasing
Garofalo v. Empire Blue Cross
Geist v. New Jersey Turnpike Authority
Giardiasis, Etc.
Jennings vs. Mobil
Kline, et al. v. First Western Government Securities Inc., et al.
Lipari Landfill
Littlejohn v. S.C.
Marine Midland Motor Vehicle Leasing
Master, Mates & Pilots Pension Plan & IRAP
Penn Grade
Presidential Life Insurance Company
v. Milken, et al. Global Class Action
Rocky Flats Property
Rohm & Haas Company Litigation
Rosenfeld v. Collins & Aikman Corp.
Simmons Company Employee Stock Ownership Plan
Stripper Well Exemption Litigation
Three Mile Island
Unisys Erisa
Vitamins
Wagner v. Anzon