IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES OETTING, Individually and on behalf of all others similarly situated,**<br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>**HEFFLER, RADETICH & SAITTA, LLP,**<br>**EDWARD J. SINCAVAGE,**<br>**EDWARD J. RADETICH, JR., and**<br>**MICHAEL T. BANCROFT,**<br>　　　　　　　Defendants. | **CIVIL ACTION**<br><br><br><br>**NO. 11-4757** |

# O R D E R

**AND NOW**, this 15th day of December, 2017, upon consideration of defendants' Motion for Reconsideration or, in the Alternative, to Certify Order for Interlocutory Appeal (Doc. No. 118), and plaintiffs' Reply (*sic*) to Defendants' Motion for Reconsideration or, in the Alternative, to Certify Order for Interlocutory Appeal (Doc. No. 119), for the reasons stated in the accompanying Memorandum dated December 15, 2017, **IT IS ORDERED** that part of defendants' Motion seeking reconsideration of application of the Missouri savings statute, Mo. Ann. Stat. § 516.230, to two legally distinct plaintiffs is **GRANTED**. The Court **DETERMINES** that the Missouri savings statute is inapplicable to the claims in this case. Defendant's Motion for Reconsideration is **DENIED** in all other respects.

The Court having concluded that the applicable Pennsylvania statute of limitations expired on November 20, 2010, and that this case was not filed until February 8, 2011, **IT IS FURTHERED ORDERED** that **JUDGMENT IS ENTERED**, sua sponte, in favor of defendants Heffler, Radetich & Saitta, LLP, Edward J. Sincavage, Edward J. Radetich, Jr., and Michael T. Bancroft, and against plaintiff James Oetting, individually and on behalf of all others similarly situated.

**IT IS FURTHER ORDERED** that, excepting only as set forth above and in the Memorandum dated December 15, 2017, the Memorandum & Order dated August 11, 2017 (Doc. Nos. 116, 117), continues in effect.

> BY THE COURT:
>
> /s/ Hon. Jan E. DuBois
> _____
> DuBOIS, JAN E., J.